United States District Court

RE: Johnson v. F. Duty et. al.,
Action No.: 7:21-cv-635

Dear: Clerk

Please file the enclosed motion for reconsideration of in forma pauperis, false imprisonment, deprived of religious property without due process, sexual harassment, supervisory liability and in forma pauperis for appointment of counsel status in the above styled civil action. Johnson follow all instructions allow by state law. Johnson inform the institution using pencil and carbon copies is illegal. The institution refuse to give up pens when allow to have it, I am not a harm towards myself. Johnson also want to inform the clerk by court order the court have the power to authorize the use of a pen or type writer of the DOC. I kindly ask that this filing and case file be presented to the appropriate judge for review and consideration. Please know plaintiff do not have a copy.

Thank you.

Sincerely,

Leon Johnson #1192355
DOC Centralized Mail Dist. Cntr.
3521 Woods Way
State Farm, VA 23160

Date: July 9, 2022, Sat.